**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE SOSA RAMIREZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SHANGHAI TOKYO CAFÉ OF DC CORP., et al.<br><br>    Defendants. | Case No. 1:17-cv-02430-EGS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs, according to the following terms:

1. Defendants shall pay Plaintiffs $28,000.00 in 6 monthly installments (the first 2 of $5,000.00 each and the next 4 of $4,500.00 each), beginning on August 15, 2018 and ending on January 15, 2019.

2. In the event Defendants do not make a payment, Plaintiffs shall be entitled to file for a confessed judgment in the amount of $148,000.00, less amounts paid. The Defendants have contemporaneously executed a "Confessed Judgment Promissory Note" to this effect.

Date: August 7, 2018

Respectfully submitted,

/s/ Jonathan Tucker
JONATHAN TUCKER, #1026050
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6081
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/ B. Marian Chou
B. MARIAN CHOU, #433279
419 7th Street NW, Suite 406
Washington, DC 20004
Phone: (202)-783-2794
bmchou@attorneychou.com

*Counsel for Defendants*